# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                         **CASE NO: 6:18-cr-176-Orl-37TBS**

**FRANCISCO SIACA MELENDEZ**

| **JUDGE:** | Roy B. Dalton, Jr. | **COUNSEL FOR GOVERNMENT:** | Alejandro J. Salicrup |
|---|---|---|---|
| **DEPUTY CLERK:** | Landon Countryman | **COUNSEL FOR DEFENDANT:** | Howard C. Anderson |
| **COURT REPORTER:** | Suzanne Trimble<br>trimblecourtreporter@gmail.com | **PRETRIAL/PROBATION:** | Omayra Hernandez |
| **SCHEDULED DATE/TIME:** | March 4, 2019<br>10:15 am – 10:36 am; 11:06 am – 11:33 am | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING

**SENTENCE IMPOSED as to Count One, Two, and Three of the Indictment.**

**PROBATION**: 3 Years as to counts one, two and three; all such terms to be served concurrently.

*Special conditions of probation:*

Home Confinement for a term of Nine Months.

Mental health treatment conditions imposed.

Defendant shall cooperate in the collection of DNA.

Search conditions imposed.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $300.00 is due immediately.

Defendant advised of right to appeal.

Total time in court: 47 minutes