# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                                     CASE NO: 6:18-cr-176-RBD-DCI

FRANCISCO SIACA MELENDEZ

### ORDER AND NOTICE OF HEARING

TAKE NOTICE that a **Final Revocation Hearing** is scheduled for **Tuesday, June 3, 2025** at **10:00 A.M**. This hearing will be held before the **Honorable United States District Judge Roy B. Dalton** in **Courtroom No. 4A, Fourth Floor**, U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida. The Defendant is required to be present.

If the hearing will be contested in whole or in part, the United States and the Defendant shall file a joint notice at least three business days before the hearing advising the Court of the approximate amount of time needed to complete the hearing.

If one of the contested matters is a violation of state law, the United States shall also file and serve at least three business days before the hearing a memorandum of law addressing the elements of the offense, with specific reference to the applicable state jury instructions.

At a contested hearing, the parties shall provide the Court with two copies

of a witness list and an exhibit list on the form approved by the Court. Counsel shall also provide the Court with a courtesy copy of all exhibits at the beginning of the hearing.

It is **ORDERED** that within five days from the date of this Notice the United States shall provide counsel for the defendant written notice of each alleged violation and shall produce for inspection and copying all tangible evidence that will be offered at the hearing by the United States. *See* Fed. R. Crim. P. 32.1(a)(2).[1]

Dated:   April 16, 2025.

ROY B. DALTON  
UNITED STATES DISTRICT JUDGE

By: Estrella Melians, Courtroom Deputy

Copies furnished to:
Counsel of Record

---

[1] **PLEASE NOTE**: Photo I.D. is required to enter the United States Courthouse. Also, cellular telephones and laptop computers are prohibited in the Courthouse.